# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PAUL SULLIVAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-0915-S-BN |
| | § | |
| CITY OF DALLAS, TEXAS and | § | |
| JENNIFER NICEWANDER | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case regarding Defendant Jennifer Nicewander's Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support. *See* ECF No. 39. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 24, 2022.

_____
**UNITED STATES DISTRICT JUDGE**