# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SULLIVAN | § § § | |
| v. | § § § § | CIVIL ACTION NO. 3:21-CV-0915-S-BN |
| CITY OF DALLAS, TEXAS and JENNIFER NICEWANDER | § § | |

## JUDGMENT

The Court has entered its order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED** that Defendant Jennifer Nicewander's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 27] is **GRANTED**. Accordingly, Plaintiff's claims against Defendant Jennifer Nicewander are **DISMISSED WITH PREJUDICE**, and Defendant Jennifer Nicewander is dismissed as a party to this case.

The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SO ORDERED.**

SIGNED August 24, 2022.

**UNITED STATES DISTRICT JUDGE**