# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SULLIVAN | § § § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-915-S-BN |
| CITY OF DALLAS, TEXAS | § § § | |

## PARTIAL JUDGMENT

The Court has entered its order accepting the Findings, Conclusions, and Recommendation in this case. It is therefore **ORDERED** that Defendant City of Dallas' Motion for Partial Dismissal of Plaintiff's Second Amended Complaint [ECF No. 19] is **GRANTED**. Accordingly, Plaintiff's claims against Defendant City of Dallas for First Amendment retaliation under 42 U.S.C. § 1983 and race-based discrimination and retaliation under 42 U.S.C. §§ 1981, 1983 are **DISMISSED AS ABANDONED** and Plaintiff's claim for retaliation under the False Claims Act is **DISMISSED WITHOUT PREJUDICE**. Plaintiff has 21 days from the date of this Partial Judgment to file an amended complaint as to the claim that is dismissed without prejudice. Should Plaintiff fail to amend his complaint within 21 days, Plaintiff's claim against Defendant will be dismissed **WITH PREJUDICE**. The Clerk shall transmit a true copy of this Partial Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SO ORDERED.**

SIGNED September 14, 2022.

**UNITED STATES DISTRICT JUDGE**