# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SULLIVAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-0915-S-BN |
| | § | |
| CITY OF DALLAS, TEXAS | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Defendant City of Dallas's Motion for Summary Judgment [ECF No. 78] is **GRANTED** and Plaintiff Paul Sullivan's claims against Defendant City of Dallas, Texas, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall transmit to the parties a true copy of this Judgment, together with a true copy of the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 12, 2024.

_____
**UNITED STATES DISTRICT JUDGE**